UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ERNESTINE LAWRENCE,

                    Plaintiff,                  18 **CIVIL** 12317 (VEC)

      -against-                      **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                    Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Order dated June 29, 2020, Plaintiff's motion for judgment on the pleadings is GRANTED. Defendant's motion for judgment on the pleadings is DENIED. This case is REMANDED for further proceedings consistent with Magistrate Judge Aaron's Report and Recommendation. Because the R&R gave the parties adequate warning, Defendant's failure to file objections to the R&R precludes appellate review of this decision; accordingly, the case is closed.

**Dated:** New York, New York
         June 29, 2020

                                                              **RUBY J. KRAJICK**
                                                               **Clerk of Court**
                                        **BY:**
                                                                   **Deputy Clerk**